**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

OCT 27 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10083 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-08094-DJH |
| v. | |
| AMOS BOONE, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Diane J. Humetewa, District Judge, Presiding

Submitted October 23, 2017**

Before:    LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

Amos Boone appeals from the district court's judgment and challenges his

guilty-plea conviction and 24-month sentence for assault resulting in serious bodily

injury, in violation of 18 U.S.C. §§ 113(a)(6), 1153.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Boone's counsel has filed a brief stating that there

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

are no grounds for relief, along with a motion to withdraw as counsel of record.

We have provided Boone the opportunity to file a pro se supplemental brief. No

pro se supplemental brief or answering brief has been filed.

Boone waived his right to appeal his conviction and sentence. Our

independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80

(1988), discloses no arguable issue as to the validity of the waiver. *See United*

*States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss

the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**